# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KARL W. SCHENKER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NETHANJAH BREITENBACH,<br><br>　　　　　Defendants. | Case No. 3:23-cv-00364-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, Karl W. Schenker, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 30th day of April, 2024.

By: _____
Karl W. Schenker #1026941
Plaintiff, Pro Se

DATED: 5-2-2024

DATED this 30th day of April, 2024.
AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: May 30, 2024

Page 1 of 1